**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 17-1364**

---

RONALD SATISH EMRIT,

        Plaintiff - Appellant,

    v.

CONGRESSMAN JOE HECK,

        Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge. (8:17-cv-00074-PWG)

---

Submitted: June 20, 2017                       Decided: June 30, 2017

---

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ronald Satish Emrit, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Satish Emrit appeals the district court's order dismissing his civil complaint for improper venue. On appeal, we limit our review to the issues raised in Emrit's informal brief. *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014). We have reviewed the record in light of these arguments and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. *Emrit v. Heck*, No. 8:17-cv-00074-PWG (D. Md. Jan. 26, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*